

ACCEPTED
15-25-00146-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/1/2025 9:47 PM
CHRISTOPHER A. PRINE
CLERK

NORTH AMERICA   SOUTH AMERICA   EUROPE

2121 North Pearl Street Suite 900
Dallas, TX 75201
+1 214-459-6300
+1 214-459-6301

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/1/2025 9:47:06 PM
CHRISTOPHER A. PRINE
Clerk

LEELLE SLIFER
Partner
+1 214-453-6431
LSlifer@winston.com

October 1, 2025

Christoper A. Prine, Clerk of Court
Fifteenth Court of Appeals
300 W. 15th Street, Suite 607
Austin, Texas 78701

Re:     No. 15-25-00146-CV, *Buc-ee's, Ltd. v. Head Country LLC*

Dear Mr. Prine:

Appellee Head Country LLC ("Head Country") objects to Plaintiff/ Appellant Buc-ee's, Ltd. ("Buc-ee's") request that the Reporter's Record be supplemented with materials irrelevant to this appeal. On August 19, 2025, an order was entered in No. 25-BC11A-0028, *Buc-ee's, Ltd. v. Head Country LLC*, Texas Business Court, Eleventh Division, denying Buc-ee's Application for a Temporary Injunction. On September 8, 2025, Buc-ee's noticed this interlocutory appeal. *Nearly a month later*, on October 1, 2025, Buc-ee's sent a request to the court reporter that the Reporter's Record be supplemented with a transcript of a *September 29, 2025*, Status Conference between the parties. We object to Buc-ee's request on the grounds of irrelevance and improper use of the Texas Rules of Appellate Procedure.[1]

Under Texas Rule of Appellate Procedure 34.6(d), "if anything **relevant is omitted** from the reporter's record" then a party may supplement that record. *See Daniels v. Univ. of Tex. Health Sci. Ctr.*, 222 S.W.3d 4, 5 (Tex. App.—Tyler 2004, no pet.) ("If anything relevant is omitted from the reporter's record, Rule 34.6(d) permits the filing of a supplemental record containing the omitted items."). This Court should not permit Buc-ee's to supplement the Reporter's Record because nothing "relevant" to whatever issues Buc-ee's plans to raise on appeal occurred—or could have occurred—at the September 29, 2025, Status Conference. This appeal, after all, is from an August 2025 order. And Buc-ee's noticed this appeal on September 8, 2025. Accordingly, all proceedings relevant to this appeal must have occurred by September 8, 2025. The plain language of Rule 34.6(d) contemplates supplementing the Reporter's Record when something "relevant" to the appeal was left out. That has not happened. Accordingly, Head Country objects to Buc-ee's request that the record be supplemented.

Sincerely,

LeElle Slifer

---

[1] Head Country also reserves its objection to the inclusion of the transcript of the August 22, 2025, Status Conference in the Reporter's Record and will seek appropriate relief regarding its inclusion at the proper time.



cc:      All counsel of record

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Randi Marks on behalf of LeElle Slifer
Bar No. 24074549
rmarks@winston.com
Envelope ID: 106343852
Filing Code Description: Response
Filing Description: Appellant's Objection to Supplement of Reporter's Record
Status as of 10/2/2025 7:09 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joel T.Towner | | jtowner@beckredden.com | 10/1/2025 9:47:06 PM | SENT |
| Geoff Gannaway | | ggannaway@beckredden.com | 10/1/2025 9:47:06 PM | SENT |
| Jason Fulton | 24040936 | jason.fulton@buc-ees.com | 10/1/2025 9:47:06 PM | SENT |
| LeElle Slifer | 24074549 | lslifer@winston.com | 10/1/2025 9:47:06 PM | SENT |
| Madison Haueisen | 24115369 | mhaueisen@winston.com | 10/1/2025 9:47:06 PM | SENT |
| Jervonne Newsome | 24094869 | jnewsome@winston.com | 10/1/2025 9:47:06 PM | SENT |
| Chris Dove | | cdove@beckredden.com | 10/1/2025 9:47:06 PM | SENT |
| Fariha Jawed | | fjawed@beckredden.com | 10/1/2025 9:47:06 PM | SENT |